In the Matter of the Claim of BENJAMIN WILEY, Respondent, against ARBUCKLE BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decision amended to read as follows: Award unanimously affirmed, with one bill of costs, to be divided between the State Industrial Board and the attorney for claimant. In addition to the disbursements already allowed, the claimant is granted disbursements of $8.16 against the employer and the carrier for printing of brief. [See 245 App. Div. 885; *ante,* p. 651.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

ELIZABETH RILEY, an Infant, by JAMES RILEY, Her Guardian ad Litem, Respondent, v. RALPH D'AIELLO, Appellant, and Another. JAMES RILEY, Respondent, v. RALPH D'AIELLO, Appellant, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. HANDASYDE WHITNEY, Relator, v. MARK GRAVES and Others, as Tax Commissioners of the State of New York, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

MARGARET J. CLARK, as Administratrix, etc., of FRANK J. CLARK, Deceased, Appellant, v. DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of THOMAS STRATTON, Respondent, against GEORGE J. KAY, INC., Respondent; (AMERICAN) LUMBERMEN'S MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MARY KEFFORD, Respondent, against FEDERAL RESERVE BANK OF NEW YORK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MILDRED HYSHIVER, Appellant, against HOTEL LAURELTON and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.